No. _____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

IN RE INVESTORS WARRANTY OF AMERICA, LLC
Petitioner.

From the United States District Court for
the District of Maryland
Civil Action 8:20-cv-01502

**RECORD IN SUPPORT OF INVESTORS WARRANTY OF AMERICA, LLC'S RECORD IN SUPPORT OF
PETITION FOR WRIT OF MANDAMUS**

Exhibit A: Judgment, *In re Investors Warranty of America, LLC*, No. 23-1928 (4th Cir. Feb. 21, 2024) (4th Cir. Dkt. 35-2).

Exhibit B: Order, *In re Investors Warranty of America, LLC*, No. 23-1928 (4th Cir. Feb. 21, 2024) (4th Cir. Dkt. 34).

Exhibit C: Memorandum Order ("Second Production Order") (May 1, 2024) (Dist. Ct. Dkt. 405).

Exhibit D: Hearing Transcript (May 1, 2024) (No Dist. Ct. Dkt).

Exhibit E: Plaintiff's Motion to Unseal Crime-Fraud Information (Dist. Ct. Dkt. 392).

Exhibit F: Defendant Investors Warranty of America, LLC's Response to Plaintiff's Motion to Unseal Crime-Fraud information  Motion to Unseal Crime-Fraud Information (Dist. Ct. Dkt. 396).

4888-5598-4829.v1

Exhibit G: Memorandum Order (Feb. 21, 2024) (Dist. Ct. Dkt. 386).

Exhibit H: Hearing Transcript (Feb. 22, 2024) (No Dist. Ct. Dkt).

Exhibit I: Memorandum Order (Feb. 22, 2024) (Dist. Ct. Dkt. 389).

Exhibit J: Memorandum Order (April 24, 2024) (Dist. Ct. Dkt. 404).

# **CERTIFICATE OF SERVICE**

I certify that on this 13th day of May, 2024, a copy of the foregoing Record in Support of Investors Warranty of America, LLC's Petition of Writ of Mandamus and all exhibits were served by third party commercial carrier (Federal Express) and scheduled for overnight delivery to:

> The Honorable Peter J Messitte
> United State District Courthouse
> 6500 Cherrywood Lane, Suite 475
> Greenbelt, MD 20770

On this day, a copy of the foregoing Record in Support of Petition for Writ of Mandamus and all exhibits were served electronically and via U.S. Mail on the counsel below:

William Bosch
Katherine Danial
Alvin Dunn
Anthony Cavanaugh
Nicole Steinberg
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, DC 20036
william.bosch@pillsburylaw.com
katherine.danial@pillsburylaw.com
alvin.dunn@pillsburylaw.com
anthony.cavanaugh@pillsburylaw.com
nicole.steinberg@pillsburylaw.com

*Counsel for Rock Spring Plaza II, LLC*

Sara E. Kropf
KROPF MOSELEY PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
sara@kmlawfirm.com

*Counsel for Rock Springs Drive, LLC*

4888-5598-4829.v1

*/s/Rebecca A. Davis*
Rebecca A. Davis

4888-5598-4829.v1