UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. _____ as

[✔] Retained   [ ] Court-appointed(CJA)   [ ] CJA associate   [ ] Court-assigned(non-CJA)   [ ] Federal Defender

[ ] Pro Bono   [ ] Government

COUNSEL FOR: Investors Warranty of America, LLC

_____as the
(party name)

[ ] appellant(s)   [ ] appellee(s)   [✔] petitioner(s)   [ ] respondent(s)   [ ] amicus curiae   [ ] intervenor(s)   [ ] movant(s)

/s/Rebecca A. Davis
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| | |
|---|---|
| Rebecca A. Davis | (404) 873-8768 |
| Name (printed or typed) | Voice Phone |
| Arnall Golden Gregory LLP | (404) 873-8501 |
| Firm Name (if applicable) | Fax Number |
| 171 17th Street NE, Suite 2100 | |
| Atlanta, Georgia 30363 | rebecca.davis@agg.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on 05/13/2024 by [ ] personal delivery; [✔] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

/s/Rebecca A. Davis                                                              05/13/2024
Signature                                                                                    Date

1/28/2020 SCC

# CERTIFICATE OF SERVICE

I certify that on this 13th day of May, 2023, a copy of the foregoing Petition for Writ of Mandamus and the Record in Support of Petition for Writ of Mandamus, and all exhibits, were served by third party commercial carrier (Federal Express) and scheduled for overnight delivery:

> The Honorable Peter J Messitte
> United State District Courthouse
> 6500 Cherrywood Lane, Suite 475
> Greenbelt, MD 20770

On this day, copy of the foregoing Petition for Writ of Mandamus and the Record in Support of Petition for Writ of Mandamus, and all exhibits, were served electronically and via U.S. Mail on the counsel below:

| | |
|---|---|
| William Bosch | Sara E. Kropf |
| Katherine Danial | KROPF MOSELEY PLLC |
| Alvin Dunn | 1100 H Street NW, Suite 1220 |
| Anthony Cavanaugh | Washington, DC 20005 |
| Nicole Steinberg | sara@kmlawfirm.com |
| PILLSBURY WINTHROP | |
| SHAW PITTMAN LLP | *Counsel for Rock Springs Drive, LLC* |
| 1200 Seventeenth Street, N.W. | |
| Washington, DC 20036 | |
| william.bosch@pillsburylaw.com | |
| katherine.danial@pillsburylaw.com | |
| alvin.dunn@pillsburylaw.com | |
| nicole.steinberg@pillsburylaw.com | |
| *Counsel for Rock Spring Plaza II, LLC* | |

*/s/Rebecca A. Davis*
Rebecca A. Davis
