UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**DISCLOSURE STATEMENT**

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.


No. _____    Caption: In re Investors Warranty of America, LLC

Pursuant to FRAP 26.1 and Local Rule 26.1,

Investors Warranty of America, LLC
(name of party/amicus)

_____

 who is _____Petitioner_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)


1.    Is party/amicus a publicly held corporation or other publicly held entity?  ☐YES ☑NO


2.    Does party/amicus have any parent corporations?  ☑YES ☐NO
      If yes, identify all parent corporations, including all generations of parent corporations:

      Investors Warranty of America, LLC ("IWA") is an Iowa corporation, whose member is RCC North America, LLC ("RCC"), a Delware limited liability company.  RCC's member is Transamerica Corporation, a Delaware corporation. The sole shareholder fo Transamerica Corporation is the Aegon Trust, which is located in The Hague, The Netherlands. The AEGON Trust is owned by AEGON International B.V., which is owned by AEGON N.V., both of the Hague, The Netherlands.  AEGON N.V. is a publicly traded entity.

3.    Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☑YES ☐NO
      If yes, identify all such owners:

      Investors Warranty of America, LLC ("IWA") is an Iowa corporation, whose member is RCC North America, LLC ("RCC"), a Delware limited liability company.  RCC's member is Transamerica Corporation, a Delaware corporation.  The sole shareholder fo Transamerica Corporation is the Aegon Trust, which is located in The Hague, The Netherlands.  The AEGON Trust is owned by AEGON International B.V., which is owned by AEGON N.V., both of the Hague, The Netherlands.  AEGON N.V. is a publicly traded entity.


12/01/2019 SCC                                    - 1 -

4.      Is there any other publicly held corporation or other publicly held entity that has a direct
        financial interest in the outcome of the litigation?                    ☐YES ☑NO
        If yes, identify entity and nature of interest:

5.      Is party a trade association? (amici curiae do not complete this question)    ☐YES ☑NO
        If yes, identify any publicly held member whose stock or equity value could be affected
        substantially by the outcome of the proceeding or whose claims the trade association is
        pursuing in a representative capacity, or state that there is no such member:

6.      Does this case arise out of a bankruptcy proceeding?                    ☐YES ☑NO
        If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a
        party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the
        caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held
        corporation that owns 10% or more of the stock of the debtor.

7.      Is this a criminal case in which there was an organizational victim?    ☐YES ☑NO
        If yes, the United States, absent good cause shown, must list (1) each organizational
        victim of the criminal activity and (2) if an organizational victim is a corporation, the
        parent corporation and any publicly held corporation that owns 10% or more of the stock
        of victim, to the extent that information can be obtained through due diligence.

Signature:  /s/Rebecca A. Davis                          Date:   05/13/2024

Counsel for:  Investors Warranty of America, LLC

- 2 -