FILED: June 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1434
(8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

      Petitioner

_____

O R D E R
_____

Upon consideration of the petition for writ of mandamus filed by Investors Warranty of America, LLC, the court directs the filing of an answer to the petition by Rock Spring Plaza, II, LLC, Rock Springs Drive, LLC, Transamerica Corporation, Transamerica Financial Life Insurance Company and Transamerica Life Insurance Company pursuant to Fed. R. App. P. 21(b)(1).

The answer shall be filed within 10 days of the date of this order. **[Appearance of Counsel](#)** and **[Disclosure Statement](#)** forms shall also be filed within 10 days of the date of this order. Court forms are available as links from this notice and at the court's website, **[www.ca4.uscourts.gov](http://www.ca4.uscourts.gov)**.

      For the Court

      /s/ Nwamaka Anowi, Clerk