# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2024

_____

### DOCKETING FORMS
### FOLLOW-UP NOTICE

_____

No.  24-1434,  <u>In re: Investors Warranty of America, LLC</u>
             8:20-cv-01502-PJM

TO:  Investors Warranty of America, LLC

**REQUESTED FORM DUE:  June 13, 2024**

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[✔] [Disclosure Statement](#)

[✔] [Appearance of counsel](#) [eFiler status required]

Kirsten Hancock, Deputy Clerk
804-916-2704