No. 24-1434

_____

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

IN RE INVESTORS WARRANTY OF AMERICA, LLC

Petitioner.

_____

**NON-PARTIES TRANSAMERICA CORPORATION, TRANSAMERICA LIFE INSURANCE COMPANY, AND TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY'S ANSWER TO PETITION FOR A WRIT OF MANDAMUS**

_____

ANTHONY L. MEAGHER
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202
anthony.meagher@dlapiper.com
410-580-3000

*Counsel for non-parties Transamerica Corporation, Transamerica Life Insurance Company, and Transamerica Financial Life Insurance Company*

## **STATEMENT**

In response to the Court's June 5, 2024, Order, non-parties Transamerica Corporation, Transamerica Life Insurance Company, and Transamerica Financial Life Insurance Company (the "Non-Parties") respond as follows:

1. The Non-Parties are not parties to this action and were only mentioned in the District Court's February 22, 2024 Order (Dkt. No. 389) as it related to a potential dispute concerning third-party subpoenas that had been served upon the Non-Parties. That dispute was resolved.

2. As such, the Non-Parties take no position on the relief sought in the Petition for Writ of Mandamus filed by Investors Warranty of America, LLC.

Respectfully submitted,

*/s/ Anthony L. Meagher*
Anthony L. Meagher
DLA PIPER LLP (US)
650 S. Exeter Street, Suite 1100
Baltimore, Maryland 21202
Anthony.meagher@dlapiper.com
410-580-3000

*Counsel for non-parties Transamerica Corporation, Transamerica Life Insurance Company, and Transamerica Financial Life Insurance Company*

Dated: June 17, 2024

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 21(d)(1) because it contains 101 words, excluding the parts of the brief exempted under Rule 32(f). This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ Anthony L. Meagher*
Anthony L. Meagher
