UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an _Application for Admission_ before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at _Register for eFiling_.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 24-1434 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] CJA associate  [ ] Court-assigned(non-CJA)  [ ] Federal Defender
[ ] Pro Bono  [ ] Government

COUNSEL FOR: Rock Spring Plaza, II, LLC

_____ as the
(party name)

[ ] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [✓] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Jeffrey P. Metzler
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's _Manage My Account_.

| | |
|---|---|
| Jeffrey P. Metzler | 212-858-1000 |
| Name (printed or typed) | Voice Phone |
| Pillsbury Winthrop Shaw Pittman LLP | 212-858-1500 |
| Firm Name (if applicable) | Fax Number |
| 31 West 52nd Street | |
| New York, NY 10019 | jeffrey.metzler@pillsburylaw.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** _(required for parties served outside CM/ECF)_: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____     _____
Signature                          Date

1/28/2020 SCC