UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1434 (8:20-cv-01502-PJM)

In re: INVESTORS WARRANTY OF AMERICA, LLC,

Petitioner

**MOTION TO SEAL**

Pursuant to Local Rule 25(c) and the applicable Sealed & Confidential Material Provisions of the Fourth Circuit, Respondent Rock Spring Plaza II, LLC ("Plaza") respectfully moves this Court for an order sealing Plaza's Answer in Response to Investors Warranty of America, LLC's Petition for Writ of Mandamus ("Response"). Plaza is filing its Response to IWA's Petition under seal because Plaza's Response includes arguments concerning documents that remain under seal in the District Court and specific references to the contents of those documents. Plaza is prepared to publicly file a version of its Response with more limited redactions if so ordered by this Court.

Dated: June 17, 2024

Respectfully submitted,

*William M. Bosch*
William Bosch
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
Telephone: 202-663-8000
Facsimile: 202-663-8007
william.bosch@pillsburylaw.com

*Attorney for Respondent Rock Spring Plaza II, LLC*