## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 18, 2024

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.  24-1434,    In re: Investors Warranty of America, LLC v. n
                 8:20-cv-01502-PJM

TO:  Transamerica Life Insurance Company
     Transamerica Corporation
     Transamerica Financial Life Insurance Company

**REQUESTED FORMS DUE:  June 21, 2024**

The forms identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

| [✔] Disclosure Statement |
| --- |
| [✔] Appearance of counsel [eFiler status required] |

Kirsten Hancock, Deputy Clerk
804-916-2704