# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 18, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   24-1434, <u>In re: Investors Warranty of America, LLC</u>
            8:20-cv-01502-PJM

TO:   Rock Spring Plaza, II, LLC

**FILING CORRECTION DUE:  June 21, 2024**

Please make the correction identified below and file a corrected document by the date indicated.

---

[✔] Incorrect event used. Please refile documents using the following entries:

>Event: Sealed Document – use for Sealed Response

>Event: Exhibit(s) – use for documents filed as Respondents Appendix (Volume I & II)

>Event: Sealed Document – use for sealed volume of Respondents Appendix

Kirsten Hancock, Deputy Clerk
804-916-2704