UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 18, 2024

_____

DOCKET CORRECTION NOTICE
_____

No.   24-1434, <u>In re: Investors Warranty of America, LLC</u>
             8:20-cv-01502-PJM

TO:   Rock Spring Plaza, II, LLC

**SEALED DOCUMENT CORRECTION DUE:  June 21, 2024**

Please make the correction identified below by the due date indicated.

> [✔] RE: SEALED/REDACTED RESPONSE - <u>Public and Sealed Versions of Document</u>: You must file both a sealed version and a public version of the document. The sealed version must have sealed material highlighted, and the public version must have sealed material redacted.

Kirsten Hancock, Deputy Clerk
804-916-2704