FILED: June 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1434
(8:20-cv-01502-PJM)

_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

    Petitioner

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals exhibit volume III titled as Respondent's Appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk