## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 3, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   24-1434,   <u>In re: Investors Warranty of America, LLC</u>
          8:20-cv-01502-PJM

TO:   Investors Warranty of America, LLC

**FILING CORRECTION DUE:  July 9, 2024**

Please make the correction identified below and file a corrected document by the date indicated.

_____

   [✔] Incorrect event used. Please refile document using the event REPLY.

Kirsten Hancock, Deputy Clerk
804-916-2704