FILED: July 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1434
(8:20-cv-01502-PJM)
_____

In re: INVESTORS WARRANTY OF AMERICA, LLC

Petitioner

_____

O R D E R
_____

Upon consideration of the petition for writ of mandamus, the court grants the petition in part and denies it in part. The court directs the district court to vacate its Second Production Order requiring the production of the *ex parte* materials to Plaintiff. The court directs that Plaintiff is not entitled to receive Investors Warranty of America, LLC's ("IWA") privileged information, directly or indirectly, in any manner and is not entitled to use IWA's privileged information, directly or indirectly, in any way, including in briefing, in argument to the court or to the jury, or at trial. The court denies petitioner's request to reassign the case upon remand.

Further, the court grants petitioner's motion for leave to file reply in support

of petition for writ of mandamus.

Entered at the direction of Judge Thacker with the concurrence of Judge Wilkinson and Judge Gregory.

> For the Court
>
> /s/ Nwamaka Anowi, Clerk